IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-422 |
| HUGO BARRERA-CAVAZOS | § | |

**O R D E R**

Defendant filed an unopposed motion to allow withdrawal of counsel and a motion to substitute counsel, (Docket Entry Nos. 18 and 20). The motions are GRANTED. Mike DeGeurin and Michael DeGeurin are substituted for Roy Barrera as counsel of record.

Defendant also filed an unopposed motion for an extension of time to file pretrial motions and a motion for continuance, (Docket Entry Nos. 17 and 19). The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for extension of time and for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions must be filed by: | **March 26, 2007** |
| Responses must be filed by: | **April 13, 2007** |
| The pretrial conference is reset to: | **April 23, 2007, at 8:45 a.m.** |
| The jury trial and selection are reset to: | **April 30, 2007, at 9:00 a.m.** |

SIGNED on January 25, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge