IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-06-422 |
| | § | |
| ARNULFO REYES DURATE and | § | |
| HUGO BARRERA-CAVAZOS | § | |

**O R D E R**

Defendant Hugo Barrera-Cavazos has filed a motion for continuance.  (Docket Entry No. 51).  Co-defendant Arnulfo Reyes Duarte is unopposed to the motion.  The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion is granted.  The pretrial conference is reset to **August 4, 2008, at 8:45 a.m.**  The jury trial and selection are reset to **August 11, 2008, at 9:00 a.m.**

SIGNED on May 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge