IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-06-422 |
| § | |
| ARNULFO REYES DURATE and § | |
| HUGO BARRERA-CAVAZOS § | |

**O R D E R**

Defendant Arnulfo Reyes Duarte has filed a motion for continuance. (Docket Entry No. 53). Co-defendant Hugo Barrera-Cavazos is unopposed to the motion. The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion is granted. The pretrial conference is reset to **November 3, 2008, at 8:45 a.m.** The jury trial and selection are reset to **November 12, 2008, at 9:00 a.m.**

SIGNED on July 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge