IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-422 |
| | § | |
| | § | |
| HUGO BARRERA-CAVAZOS | § | |

**O R D E R**

Defendant Hugo Barrera-Cavazos has filed an unopposed motion for continuance. (Docket Entry No. 64). The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion is granted. The rearraignment hearing is reset to **May 26, 2009, at 10:30 a.m.**

SIGNED on April 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge