IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-06-422-2<br>NO. H-09-271 |
| | § § | |
| HUGO BARRERA-CAVAZOS | § | |

**O R D E R**

Defendant Barrera-Cavozos filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.156). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 3, 2013, at 9:00 a.m.**

SIGNED on November 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge